HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

L. FLETCHER,

    Plaintiff,

v.

ROBIN ARNOLD-WILLIAMS, Secretary of Washington State Department of Social and Health Services (DSHS), in both her individual and official capacities; DR. HENRY RICHARDS, Superintendent, Special Commitment Center, in both his individual and official capacities; CATHI HARRIS, Acting Clinical Director, Special Commitment Center, in both her individual and official capacities; JACK SOWERS, Assistant Clinical Director, Special Commitment Center, in both his individual and official capacities; JOHN ROCKWELL, Administrative Clinical Supervisor, Special Commitment Center, in both his individual and official capacities; WALTER WEINBERG, Forensic Therapist Non-Treatment Supervisor, Special Commitment Center, in both his individual and official capacities,

    Defendants.

Case No. C05-5733 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion to Seal Portions of Court File "Disclosure Documents."

Having considered the entirety of the records and file herein, the Court rules as follows:

On May 19, 2006 plaintiff filed documents in paper form with the Clerk entitled Motion to Seal

1  Portions of Court File "Disclosure Documents." Included in the filing was a motion to seal and a proposed
2  protective order together with a one-inch stack of what appears to be discovery documents (copies of emails,
3  memos, schedules, and calendar excerpts). Plaintiff apparently seeks to file these documents pursuant to her
4  requirement to provide initial disclosures under the Federal Rules of Civil Procedure. However, Fed. R. Civ.
5  P. 26(a)(1) provides that initial disclosures be "provide[d] to other parties[ ]"; initial disclosures are not
6  required to be filed with the Court. Therefore, the Clerk is directed to return to plaintiff the "disclosure
7  documents" she has filed. The Clerk is directed to docket plaintiff's motion to seal and proposed protective
8  order.

9  **IT IS SO ORDERED.**

10  The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
11  pro se.

12  Dated this 31st day of May, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE